| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AO 256 (Rev. 2/86) | CRIMINAL DOCKET · U.S. District Court | U.S. | INDICTMENT (LAST, FIRST, MIDDLE) | Case Filed Mo. Day Yr. | Docket No. | Def. |
| | PO: ☐ 0417 05 Assigned 1706 Misd. ☐ Disp./Sentence Felony ☐ District Off Judge/Magistr. | ☐ WRIT ☐ JUVENILE ☐ ALIAS OFFENSE ON INDEX CARD | VS. SKYERS, DESMOND SAMUEL a/k/a "Skip" | 03 24 93 No. of 11 Def's U.S. MAG. CASE NO. | 00038 | 001 |

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | | DISM. NG | GUILTY HOLD |
|---|---|---|---|---|---|
| 21:963 | Conspiracy to Import & Export Cocaine. | Ct. 1 | 1 | | |
| 21:846 | Conspiracy to Possess w/Intent to Distribute. | Ct. 2 | 1 | | |
| 21:952 & 18:2 | Importation of Cocaine & Aidign & Abetting. | Ct. 3 & 4 | 2 | | |

N.A 1-28-94
4CCA# 94-5081
94-5074(L)

SUPERSEDING COUNTS

## II. KEY DATE

INTERVAL ONE — KEY DATE — EARLIEST OF: ☐ arrest ☐ sum'ns ☐ custody ☐ appears-on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — KEY DATE — 03-24-93 APPLICABLE: XX Indictment filed/unsealed ☐ consent to Magr. trial on complaint ☐ Information ☐ Felony-W/waiver

KEY DATE 4-7-93
a) ☒ 1st appears on pending charge /R40
b) ☐ Receive file R20/21
c) ☐ Supsdg:☐Ind☐Inf
d) ☐ Order New trial
e) ☐ Remand f) ☐ G/P Withdrawn

END INTERVAL TWO — KEY DATE 6-30-93 APPLICABLE: ☐ Dismissal ☐ Pled guilty (After N.G.) ☐ Nolo (After nolo) ☑ Trial (voir dire) began ☐ Jury ☐ N.J.

1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE 9-3-93 | SENTENCE DATE 1-18-94 | PTD Nolle Pros. | FINAL CHARGES DISMISSED ☐ on S.T. grounds ☐ W.P. ☐ WOP | on def motion on gov't motion

## III. MAGISTRATE

| Search Warrant | Issued / Return | DATE | INITIAL/NO. | INITIAL APPEARANCE DATE ▶ | INITIAL/NO. | OUTCOME: ☐ DISMISSED HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
|---|---|---|---|---|---|---|
| Summons | Issued / Served | | | PRELIMINARY EXAMINATION OR REMOVAL HEARING ☐ | Date Scheduled ▶ Date Held ▶ | HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Arrest Warrant Issued COMPLAINT ▶ | | | | ☐ WAIVED ☐ NOT WAIVED ☐ INTERVENING INDICTMENT | Tape Number | |
| Date of Arrest | OFFENSE (In Complaint) | | | | | |

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

Show last names and suffix numbers of other defendants on same indictment/information:
02-Hopkins, 03-Jagoo, 04-Lewis, 05-Mathura, 06-Russell, 07-Skyers, A.; 08-Skyers, T.
ATTORNEYS 09-Skyers, V.; 10-Watlington, 11-Skyers, C.
U.S. Attorney or Asst.

RULE ☐ 20 ☐ 21 ☐ 40 ☐ In ☐ Out

Douglas McCullough

Defense: ☒ 1 CJA  2 ☐ Ret.  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non/Other.  6 ☐ PD.  7 ☐ CD

1371 Downing Street
Washington, D.C.

Jennifer S. Haynes
7-19-96 CJA
Sam Bridges - Local Counsel
Kevin M. Schad - Counsel

Custody

Tel. # 919 571-7455

70 Days up: 6/16/93

90 Days up: 7-1-93
(detention begin MD - 4-2-93)
70 days up: Aug 16 w/excl time through 8/2

1-18 Wilm
sent: 12-6-93 Ral.

County: 37183

BAIL ● RELEASE
PRE-INDICTMENT
Release Date
☐ Bail Denied ☐ Fugitive ☐ Pers. Rec.
AMOUNT SET ☐ PSA
$ Conditions
☐ 10% Dep.
Date Set ☐ Surety Bnd
☐ Bail Not Made ☐ Collateral
Date Bond Made ☐ 3rd Prty
☐ Other

OST-INDICTMENT
☐ Fugitive ☐ Pers. Rec.
T SET ☐ PSA
$ Conditions
Date Set ☐ 10% Dep.
☐ Surety Bnd
☐ Bail Not Made ☐ Collateral
Date Bond Made ☐ 3rd Prty
☐ Other

| FINE AND RESTITUTION PAYMENTS | | | Docket Entries Begin On Reverse Side | | |
|---|---|---|---|---|---|
| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |

APPEALS FEE PAYMENTS

| DATE DOCUMENT NO | Docket No. 93-38-01-CR-5-BR | MASTER DOCKET - MULTIPLE DEFENDANT CASE / PROCEEDINGS DOCKET FOR SINGLE DEFENDANT PAGE ___ OF ___ | VI EXCLUDABLE DELAY Start Date / End Date | Ltr Code | Total Days |
|---|---|---|---|---|---|
| | | **V. PROCEEDINGS** Desmond Samuel Skyers | | | |
| | | **JUDGES BRITT AND MCCOTTER** | | | |
| 2-23-93 | 1 | MOTION TO SEAL INDICTMENT:: cc: J. Denson | wsc | | |
| 2-23-93 | 2 | ORDER TO SEAL INDICTMENT:: (Denson) | wsc | | |
| *2-19-93 | 3 | MEMORANDUM REQUESTING ISSUANCE OF ARREST WARRANT: | wsc | | |
| 2-24-93 | 4 | WARRANT FOR ARREST: original to USM for service. | wsc | | |
| 3-1-93 | 5 | MOTION TO SEAL INDICTMENT:: cc: USA & J. Britt | wsc | | |
| 3-1-93 | 6 | ORDER TO SEAL INDICTMENT::(Britt) cc: USA | wsc | | |
| 3-8-93 | 7 | MOTION TO SEAL INDICTMENT:: cc: J. Denson | wsc | | |
| 3-8-93 | 8 | ORDER TO SEAL INDICTMENT:: (Denson) | wsc | | |
| 3-15-93 | 9 | MOTION TO SEAL INDICTMENT:: ccf USA, & J. Denson | wsc | | |
| 3-05-93 | 10 | ORDER TO SEAL INDICTMENT:: (Denson) | wsc | | |
| 3-24-93 | 11 | MOTION TO UNSEAL INDICTMENT:: cc: USA, J. Denson | wsc | | |
| 3-24-93 | 12 | ORDER TO UNSEAL INDICTMENT:: (Denson) | wsc | | |
| 3-24-93 | 13 | INDICTMENT FILED:: cc: USA, PTS, USPO, USM, J. Britt, J. McCotter counter, file, calendar file, | wsc | | |
| 4/7/93 | -- | INITIAL APPEARANCE in Ral before USMJ Denson-Recorded - Deft present w/o counsel - Advised of charges, max punish and rights - Deft requested court appted counsel - Govt moves for deten - Det Hrg already held in another district | vp | | |
| | 14 | ORDER appting court assigned counsel (Denson) - lc: USA, PTS, FPD w/file | vp | | |
| 4/8/93 | -- | PRETRIAL SCHEDULING REPORT TO MCCOTTER | vp | | |
| 4/8/93 | | Rec'd Mag. papers from District of Maryland Warrant for arrest, CJA 23 - w/Order appointing attorney, Commitment to another district, Order of Temporary Detention pending hearing prusuant to Bail Reform Act, Detention Order - dated 4/2/93 (w/4 Government exhibits) | ag | | |
| 4/13/93 | 15 | ORDER ON PRE-TRIAL SCHEDULING motion 5/7/93 RESPONES 5/17/93 (W. Earl Britt, Judge Cr OB # P ) lc: USA, PO, & Judge Britt, 5-6-93 cc: Crawley(wsc) | ag | | |
| 4/23/93 | 16 | NOTICE OF APPEARANCE by Atty. Jack B. Crawley, Jr. Suite 500, Landmark Center 4601 Six Forks Road P. O. Box 97155 Raleigh, n.C. 27624- 7155 lc: USA, PO, Judge Britt, M/J McCotter | ag | | |
| 5/7/93 | 17 | MOTION TO MODIFY PRE-TRIAL SCHEDULING ORDER - respectfully submitted that the Order on pre-trial scheduling should be modified to provide that all pre-trial motions be filed no later than 5/24/93 lcL counsel, Judge McCotter w/proposed order | 5-7- / 5-12- | | |
| 5/10/93 | 18 | GOVERNMENT'S MOTION TO CONTINUE from 6/7/93 in Raleigh lc: Judge Britt | 5-10-93 / 5/11/93 | | 2 |
| 5/11/93 | 19 | ORDER - cont. case from 6/7/93 to 7/6/93 at Ral. - time excludable - applies to co-defts. due to no severance - (Britt, J) Cr. OB#50, P. 195 - lc: USA, USPO, PTS, USM, Mr. Crawley (ent. 5/12/93) | 6/7/93 / 7/6/93 | | 29 |

| DATE | PROCEEDINGS (continued) — (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 5/12/93 | **20. ORDER MODIFYING PRETRIAL SCHEDULING ORDER** - motion by 5/24/93 responses by 6/3/93 (McCotter, M/J) - lc: USA and Mr. Crawley and Judge Britt (ent. 5/12/93) | sr | | | |
| | *70 days up 6/16 (first deft. time runs out)* | | | | |
| 6/15/93 - | ISSUED NOTICE TO APPEAR FOR ARRAIGNMENT AND TRIAL ON TUESDAY, JULY 6, 1993 AT 9:00 A.M. in Raleigh before Judge Britt Courtroom # 2- 7th Floor - lc: USA, PO, USM & counsel for deft. | ag | | | |
| 6/18/93 | **21.** MOTION TO CONTINUE ARRAIGNMENT AND TRIAL from 7/6/93 in Raleigh before Judge Britt lc: Judge Britt | 6-18-93 / 6-28-93 | 10 | | |
| | | ag | | | |
| 6/22/93 | 22. GOVERNMENT'S MOTION TO CONTINUE from 7/6/93 - in Raleigh lc: Jduge Britt | 6-22-93 / 6-28-93 | 6 | | |
| 6/28/93 22A | ORDER - Upon motion by government and by defts. Desmond Samuel Skyers, Wayne Jagoo & Vincent Claude Skyers, the trial of this matter presently set for 7/6/93 in Raleigh, N. C. is hereby continued to 8/2/93 in Raleigh, n. C. The delay occasioned by the granting of this motion is excluded from computation for speedy trial purposes (W. Earl Britt, Judge CR OB #51 P 107) lc: Jack B. Crawley, Jr., Parsons, Acquirre, USA, PO, USM & PTS | 7-2-93 / 8-2-93 | 26 | | |
| 7/2/93 | **70 days up: August 16, 1993 w/excl time thru 8/2/93** | | | | |
| 7/6/93 | 23 **GOVERNMENT;S MOTION TO CONTINUE A & T from 7/6/93 until 8/2/93** lc: Judge Britt lc: Cathy Wells & Joyce Todd | 7/6/93 / 8-2-93 ag | 26 | | |
| 7/7/93 | 24 ORDER - Upon motion of the government, the trial of this matter currently scheduled for 8/2/93 is continued until 8/30/93 in Raleigh. The delay occasioned by the granting of this motion is hereby excluded from computation for speedy trial purposes (W.Earl Britt,0 lc: USA counsel for deft. & Judge Britt 9ent. 7/7/93) | 8-2-93 / 8-30-93 ag | 27 | | |
| 7-15-93 | 70 days up 9-12-93 w/excludable time included. | wsc | | | |
| 7-16-93 | **NOTICE:** for A&T on 8-30-93 at Raleigh before J. Britt at 9:00 a.m. 7th floor - courtroom #2 cc: USA, counsel, USM, USPO, JOyce Todd, J. Britt, Jury Clerk, Deputy clerk, Reporter | wsc | | | |
| 8/3/93 | 25 GOVERNMENT'S MOTION TO USE FORMER TESTIMONY lc: Judge Britt w/3 transcripts (1) 11/3/83 (Fr.) - (2) 9-5-89 - (Tues) (3) 9-6-89 - (Wed) - no transcript in our case file all transcripts w/Judge Britt | | | | |

UNITED STATES DISTRICT COURT  
CRIMINAL DOCKET  
AO 256A

U. S. A. vs. Desmond Skyers, et al

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| 8/3/93 | NOTICE OF INTENT TO USE SUMMARIES AND/OR CHARTS by USA<br>lc: Judge Britt | |
| 8/9/93 | ISSUED NOTICE TO APPEAR FOR HEARING ON GOVERNMENT'S MOTION TO USE FORMER TESTIMONY before Judge Britt on Friday, August 20, 1993 at 2:00 P.M. in Raleigh, N. C. Courtroom #2 - 7TH Floor<br>lc: USA, PO, USM, Judge Britt, Joyce Todd , court reporter & counsel for deft. | ag |
| 8/10/93 | WRIT - Lashawn Denise Taylor to appear for trial on 8/30/93 in Raleigh, N. C. before Judge Britt to testify against above nmaed deft. - Further ordered that when the witness has served her purpose and is teleased by the Court that she be returned by the U.S.Marshal for EDNC or any U.S. Marshal, to the custody of the Maryland Dept. of Correction (F. T. Dupree, J CR OB # P)<br>4 cys USA | |
| 8/19/93 | 27. RESPONSE TO GOVERNMENT'S MOTION TO USE FORMER TESTIMONY w/cs. - lc: Judge Britt | sr |
| 8/20/93 | At Raleigh, N. C. - C. R. Donna Tomawski - Judge Britt<br>Hearing on Government's Motion to Use former Testimony - motion withdrawn<br>Government to proffer testimony they wish to use at trial<br>Time 2:05 PM/2:30 P.M.<br>(Written order to follow) | ag |
| 8/20/93 | 28. ORDER - at hearing on m/by the govern. to use former testimony - AUSAtty - w/drew motion. (Britt, J)<br>Cr. OB#52, P. 88 - lc: USA and Mr. Crawley, (ent. 8/20/93) | sr |
| 8/24/93 | 29. MOTION FOR USE IMMUNITY FOR TRIAL TESTIMONY (w/proposed order to Judge Britt | ag 8-24-93 |
| 8-26-93 | 30. ORDER OF USE IMMUNITY FOR TRIAL TESTIMONY:: (Britt) Wendy Regina Moore be required to testify & provide other information in regard to the trial of USA vs. Desmond S. Skyers provided Mrs. Moore is hereby granted immunity from the use of any criminal information directly/indirectly derived from such testimony. This order does not immunize the witness from charges of perjury orotherwise failing to comply with the order of the Court.  cc: USA, counsel, OB 52 pg. 103. | 9-26-93  3<br>wsc |
| 8-27-93 | 31 PROPOSED VOIR DIRE::  by deft. w/ c.s. cc: J. Britt | |
| 8-27-93 | 32 DEFENDANT DESMOND SAMUEL SKYERS' REQUEST FOR JURY INSTRUCTIONS::  by deft. w/ c.s. cc: J. Britt. | wsc |
| 8-27-93 | 33 GOVERNMENT PROPOSED JURY INSTRUCTIONS:: cc: J. Britt | wsc |
| 8-30-93 | 34. EX PARTE MOTIION::  by deft. w/ proposed order. cc: J. Britt. wsc | |
| 8-30-93 | 35 ORDER:: (Britt)  that the clerk shall issue subpoenas for Sandra Lampkin and Virginia Williams to appear on 9-2-93 at 9:00 a.m. for testimony in this matter. USM office is ordered to serve such and that the costs incurred shall be paid | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    U.S. vs
Desmond Samuel Skyers
AO 256A

93-38-01-CR-5-BR
Yr. | Docket No. | Def.

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 8-30-93 | **AT RALEIGH BEFORE JUDGE BRITT::** Arraignment & Trial Court Reporter - Donna Tomawski deft. present w/counsel - deft. arraigned and pleads not guilty to charges in the indictment. Jury selection begins Jury selected and impannelled. Trial begins. Opening by USA. Opening by deft. USA presents evidence via sworn testimony. Jury dismissed to return on 8-31-93 at 12:00 noon. | wsc | | | |
| 8-31-93 | 36. **MOTION IN LIMINE::** by deft. w/ cs  cc: J. Britt. | wsc | | | |
| 8-31-93 | **AT RALEIGH BEFORE JUDGE BRITT::** arraignment and trial continues. USA continues to present evidence via sworn testimony. Jury dismissed to return on 9-1-93 at 9:00 a.m. (REPORTER - Donna Tomawski.) | wsc | | | |
| 9-1-93 | **AT RALEIGH BEFORE JDUGE BRITT::**n Court Reporter - Donna Tomawski Jury Trial continues - USA presents evidence via sworn testimony. | | | | |
| 9-1-93 | 37. **WRIT OF HABEAS CORPUS AD TESTIFUCANDUM::** (Britt) for production of Ian Moses Ashley. 6cc: Counsel OB. 52 PG. 125 | wsc | | | |
| 9-2-93 | **AT RALEIGH BEFORE JDUGE BRITT::** Reporter - Donna Tomawski Jury trial continues. USA presents evidence via sworn testimony. USA rests . Defense moves for Judgement of aguittal. Motion denied. Defense presents evidence via sworn testimony. defense rests. defense moves to renew judgement of acquittal. Motion denied. Jury is dismissed to return on 9-3-93 @ 9:00 (Motions for Jdgmt of acquittal made out of presence of jury.) | wsc | | | |
| 9-3-93 | **AT RALEIGH BEFORE JUDGE BRITT::** Reporter - Donna Tomawski Jury trial continues. clsosing argument by USA - Closing arguments by defense counsel - rebuttal clsoing by USA. Charge to the jury - Jury retires to begin deliberation. | | | | |
| | 39. -Jury returns **VERDICT** - Ct. 1 - Guilty  Ct. 2 - Guilty  Ct. 3 - Guilty  Ct. 4 - Guilty  All jurors assent to verdict. jury dismissed. Tentative sentencing date is 12-6-93. deft. in custody. | wsc | | | |
| 9-9-93 | **RETURN ON WRIT::** XXXXX on 9-2-93 non-exc'd due to USM not being able to produce w/n time fram needed | wsc | | | |
| 11-1-93 | 39. **MOTION::** FOR ENLARGEMENT OF TIME TO FILE ORBJECTIONS TO INITIAL PRESENTENCE INVESTIGATION REPORT:: n by deft w/c.s. cc: J/ Britt | | | | |
| 11-3-93 | 40. **ORDER::** (Britt) time w/n which the deft. may file objections to PSR is enlarged to 11-5-93 from 11-1-93. cc: USA, counsel, USPO, OB. 53  pg. 128 | wsc | | | |
| 11-16-93 | **NOTICE::** sentencing to all parties to appear in Raleigh before J. Britt on Monday 12-6-93 at 9:00 a.m. in courtroom #2 - 7th floor, cc: USA, USPO, USPTS, counsel, J.Britt, USM, Joyce Todd, Donna, criminal section | wsc | | | |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | (Document No.) | (a) | (b) | (c) | (d) |
| 11/18/93 | 42  **MOTION TO CONTINUE SENTENCING** from 12/6 by USA w/cs  lc: Judge Britt | | 11/18/93 11-23-93 | | |
| 11-23-93 | 43  **ORDER::**(Britt) sentencing in this matter is continued unntil 1-18-94 in Wilm. cc: USA, USPO, USM, counsel, J.Britt  OB. 53  pg. 140 | | | | |
| | | wsc | | | |
| 12-9-93 | **TRIAL TRANSCRIPTS FILED VOLUMES I - IV** | wsc | | | |
| | 1-4-94    **NOTICE::** to appear in Wilmington before Judge Britt for sentencing on Tuesday, 1-18-94 at 9:00 a.m. in courtroom #2 second floor  cc: USA, counsel, J.Britt, USPO, USM Raleigh & Wilmington, Donna, Joyce Todd, Wilmington, | | | | wsc |
| 1-5-94 | JUDGE BRITT SENTENCING SCHEDULNG MEMO TO DEFT. COUNSEL  10:20 a.m. | | | | |
| | | wsc | | | |
| 1-18-94 | **AT WILMINGTON BEFORE JDUGE BRITT::** reporter - Donna Tomawski  deft. present w/counsel - sworn - objections heard & resolved.  Court finds there is not reason to depart in this matter  BOP: life on each of Cts. 1,2, & 3 and 480 mths as to Ct. 4  all concurrent  SR: 60 mths on each of Ct. 1,2,3, & 4 concurrent  condition: standard substance abuse rx w/testing  standard warrantless search  Fine: 16,300.00 consisting of : 4,075.00 per count w/o interest  BOP will establish inmate payment plan w/any remainging to  be paid under USPO supervision provided all paid w/n 5 years  of prison release time  SA: 200.00 due immediately  Denial of benefits: 5 yrs.  advised of right to appeal  Court recommends that deft. be allowed to serve sentence at  facility near Florida provided that this meets w/BOP  rules and regulations. - remanded to USM.  43 **JUDGEMENT ::** (Britt) cc: USA, USM-3, USPO-3, counsel,  J.Britt, fine center, PTS,  OB. 15  pg. 38  **ENTERED::**1-18-94    PSR filed under seal. | | | | wsc |
| 1-28-94 | 44  **NOTICE OF APPEAL** - lc 4th Circuit Court of Appeals, lc  Judge Britt, U.S. Atty., Probation, Pre-Trial Services and  Marshal. 9etn. 2-1-94) ms | | | | |
| 2-4-94 | APPEAL PACKET MAILED THIS DATE CONSISTING OF - docketing  statement, transmittal sheet, CJA 24, transcript order form  and index. | | | | |
| 2/4/94 | 45 **ORDER-** (Court consolidated these cases for purpose of briefing &  oral argument and directs that: (94-5054, 94-5075, 94-5081)  1. one joint brief shall be permitted per side;  2. parties on each side shall share the time allowed for oral argument;  3. each side shall notify the Court of the attorney designated as  lead counsel w/in 10 days of the date of this order  (Bert M. Montague, Clerk, USCA) | | | | ag |
| 3-16-94 | **TRANSCRIPT OF MOTIONS HEARING BEFORE THE HONORABLE**  **W. EARL BRITT, U.S. DISTRICT JUDGE**  at Raleigh, N.C.           August 20, 1993  Volume 1 of 1           Pages 1 - 21  Donna Tomawski, Court Reporter   (ent. 3-16-94) ms | | | | |
| 3-29-94 | MARSHAL'S RETURN ON JUDGMENT AND COMMITMETN - deft. delivered  3-1-94 to U.S.P. Atlanta, Ga. | | | | |

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 5-18-94 | CASE FILE MAILED THIS DATE TO COURT OF APPEALS CONSISTING OF 3 VOLUMES. | | | | |
| 5-20-94 | **TRANSCRIPT OF SENTENCING HEARING BEFORE THE HONORABLE W. EARL BRITT, U.S. DISTRICT JUDGE** at Wilmington, N.C.  Jan. 18, 1994  Volume 1 of 1  Pages 1 - 24  Donna Tomawski, Court Reporter  (ent. 5-24-94) ms | | | | |
| 4-28-95 | **TRANSCRIPT OF CLOSING ARGUMENT AND JURY INSTRUCTIONS BEFORE THE HONORABLE W. EARL BRITT, U.S. DISTRICT JUDGE** at Raleigh, N.C.  September 3, 1993  Volume 1 of 1  Pages 1 - 60  Donna Tomawski , Court Reporter. (ent. 8-11-95) ms | | | | |
| 2-16-96 | **CASE FILE RETURNED TO U.S. COURT OF APPEALS CONSISITING OF 4 VOLUMES.** | | | | |
| 3-18-96 | 46  **UNPUBLISHED OPINION** - Affirmed in part and vacated and remanded in part by unpublished per curiam opinion. lc Judge Britt. (ent. 3-19-96) ms | | | | |
| 4-5-96 | Case file to J. Britt per his request. | wsc | | | |
| 4-11-96 | CASE FILE RECEIVED THIS DATE CONSISTING OF 4 Volumes. | | | | |
| 4-9-96 | 47  **JUDGMENT U.S. COURT OF APPEALS - The court** affirms in Part, vacated and remanded in part the judgment of the District Court. lc Judge Britt, U.S. Atty., probation, Pre-trial Services Marshal. (ent. 4-24-96) ms | | | | |
| 5/10/96 | Notice to appear for re-sentencing before Judge Britt on 6/21/96 at 9:00 in Raleigh - lc: USA, USM, PTS, USPO, Cookie Wells, Donna Tomawski, FPD and Judge Britt  vp | | | | |
| 5/13/96 | 48  ORDER appting court assigned counsel (BRITT) - lc: USA and FPD  vp | | | | |
| 5/29/96 | 49  NOTICE OF APPEARANCE filed by Jennifer S. Haynes | vp | | | |
| 6/5/96 | 50  MOTION TO CONTINUE filed by Jennifer S. Haynes - lc: Judge Britt  vp | | | | |
| 6/7/96 | 51  ORDER continuing the resentencing to 7/29/96 in Raleigh, NC (BRITT) - lc: USA, USM, USPO, Atty Haynes - BR OB 4 p. 117  vp | | | | |
| 7/8/96 | 52  MOTION TO CONTINUE filed by AUSA McCullough - lc: Judge Britt  vp | | | | |
| 7/9/96 | 53  ORDER - upon motion of the government, the resentencing and the hearing on the motion for departure int hese cases are hereby CONTINUED to 3 September 1996 (BRITT) - lc: USA, USM, USPO, Atty MX Aguirre  BR OB #4 p. 195  vp | | | | |
| 7/16/96 | 54  MOTION TO APPEAR PRO HAC VICE filed by Atty Kevin M. Schad - lc: Judge Britt  vp | | | | |
| 7&/19/96 | 55  NOTICE OF APPEARANCE AS LOCAL COUNSEL by Samuel L, Bridges  vp | | | | |
| 7/19/96 | 56  ORDER approving motion to appear Pro Hac Vice (Britt) | | | | |

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 7/22/96 | 57 MOTION TO WITHDRAW as counsel by Atty Jennifer S. Haynes (automatically allowed per Judge Britt) | | | | |
| 8-16-96 | 58 ORDER(Britt) allowing attorney Haynes to withdraw from this matter as attorney Schad will be representing the deft. cc; USA, counsel, USPO | wsc | | | |
| *8-15-96 | 59 MOTION TO CINTINUE:: by USA w/c.s. cc: J. Britt | | | | |
| 8-20-96 | NOTICE:: re 9-3-96 hearing as to theremand issue cc: USA, SUPO, USM, counsel Schad, USPO | wsc | | | |
| 8-28-96 | AMENDED NOTICE ISSUED:: resetting the remand for 9-4-96 at 9:00 a.m. in Raleigh in courtroom # 2 - 7th floor. cc: USA, USPO, USM, J. Britt, counsel Schad, | wsc | | | |
| 8-30-96 | 60 DEFENDANT POSITION WITH REGARDS TO RESENTENCING:: w/c.s. cc: J. Britt | | | | |
| 9-4-96 | AT RALEIGH BEFORE THE HONORABLE W. EARL BRITT:: court reporter D. Tomawski - deft. present w/counsel for resentencing - court hears arguments re whether the court has the authority to resentence - ruling: it does - USA presents evidence re the resentencing USA oral motion to treat all cocaine as powder - deft. cinsents new guideline finding - Judgment amended as follows: BOP time of 360 mths to life is stricken and replaced with incarceration time of 360 mths on each of counts 1-4 all to run concurrently - no other changes. | | | | |
| 9-5-96 | 61 AMENDED JUDGMENT::(Britt) memorializing guideline amendments and reduction of sentence from flie plus 480- to 360 mths on each of Counts 1-4 concurrent: cc: USA, USPO-3, USM-3, Pts, fine center, Sharon, Schad, Br. Ob. 5 pg. 41 | wsc | | | |
| 06/25/2001 | 62 REQUEST TO DISPENSE WITH LOCAL COUNSEL - | gnm | | | |
| 06/25/2001 | 63 MOTION UNDER 28 USC §2255 TO VACATE, SET ASIDE OR CORRECT SENTENCE - by deft CIVIL NO. 5:01-CV-479-BR | gnm | | | |
| 06/27/2001 | -- Motion submitted to Judge Britt | gnm | | | |
| 07/02/2001 | 64 ORDER - dismissing the petition and denying as moot request to dispense with local counsel (BRITT) BR CR OB# H pJ7t cc: pet, USA (entered. 07/09/2001) | gnm | | | |
| 8-16-01 | 65 NOTICE OF APPEAL - lc 4th Circuit Court of Appeals, lc Judge Britt, lc U.S. Atty., lc Counsel of record. | | | | |
| 9-6-01 | APPEAL PACKET mailed this date consisting of Index, docketing sheet and transmittal sheet. | | | | |
| 10-3-01 | CERTIFICATE - to USCA and Counsel certifying that the record in this case is complete for purposes of the appeal - lc Judge Britt. | | | | |
| 11-30-01 | CASE FILE MAILED THIS DATE COURT OF APPEALS CONSISTING OF 1 VOLUME. | | | | |
| 2-1-02 | 66. UNPUBLIHSED OPINION - dismissed by unpublished per curiam opinion. lc Judge Britt (ent. 2-4-02-) ms | | | | |
| 3-27-02 | 67. JUDGMENT U.S. COURT OF APPEALS - the court denies a certificate of appealability and dismisses the appeal. lc Judge Britt. | | | | |
| 4-1-02 | CASE FILE RECEIVED THIS DATE FOM COURT OF APPEALS CONSISTING OF 1 VOLUME. | | | | |